UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Kevin Hall</u>

        v.                         Civil No. 06-cv-95-PB

<u>Merrimack County Department of Corrections</u>


<u>O R D E R</u>


I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated March 24, 2006, no objection having been filed.

SO ORDERED.


April 17, 2006                       <u>/s/ Paul Barbadoro</u>
                                             Paul Barbadoro
                                             United States District Judge


cc:    Kevin Hall, Pro se